UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY HODGES,

        Plaintiff,                      CASE NO. 07-CV-14285

-vs-                                        PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

LAW FIRM OF COLLINS, EINHORN,
FARRELL & ULANOFF, a professional
corporation, and the RENAISSANCE
CENTER,

        Defendants.
_____/

**ORDER OF NOTIFICATION
THAT DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTIONS TO
AMEND THE COMPLAINT WILL BE DECIDED UPON THE PARTIES' BRIEFS**

      Pursuant to E.D. Mich. L. R. 7.1(e), the Court hereby notifies the parties that it will make a decision on the pending motions on the parties' submitted briefs without holding a hearing.

      Accordingly, the Court cancels the motion hearing scheduled for February 13, 2008.

**SO ORDERED.**

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: January 30, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 30, 2008.

                                            s/Denise Goodine
                                            Case Manager